FILED

2012 JUN -4  AM 11: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No. 11CR0283-MMA
                                )
                   Plaintiff,   )
                                )
        v.                      )   JUDGMENT AND ORDER OF
                                )   DISMISSAL OF INFORMATION,
ANTONIO ALBERTO SANCHEZ, JR.,   )   EXONERATE THE BOND, AND
                                )   PASSPORT BE RELEASED
                   Defendant.   )   BY PRETRIAL IF HELD
_____)

    Upon   oral   motion   of   the   UNITED   STATES   OF   AMERICA   on
January 31, 2012, and good cause appearing,

    IT IS HEREBY ORDERED that the information in the above entitled
case be dismissed with prejudice, the bond be exonerated, and passport
released by Pretrial if held.

    IT IS SO ORDERED.

    DATED: ___6/1/12___.


                                    _____
                                    HONORABLE CATHY ANN BENCIVENGO
                                    United States District Judge